**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

|  |  |
|---|---|
| In re:  Theodore M. Dixon and | ) |
| Brenda W. Dixon | )  Case No: 17-30462 |
|  | )  Chapter 13 |
| Debtors. | ) |

**SUMMARY OF THE PROPOSED LOAN MODIFICATION**

|  | Original Loan | Modified Loan |
|---|---|---|
| Principal Amount | $301,573.78 | $294,933.03 |
| Interest Rate | 6.375% | 6.375% |
| Term or Maturity Date | January 1, 2054 | January1, 2058 |
| Monthly Payment | $2960.58 | $2318.62 |